## SIGMA CONSTR. CO. v. GUILFORD CTY. BD. OF EDUC.

No. 347P01

Case below: 144 N.C. App. 376

Motion by plaintiff to amend petition for discretionary review denied 8 November 2001. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 8 November 2001.

## STATE v. ALLEN

No. 398P01

Case below: 144 N.C. App. 386

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 November 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

## STATE v. ALSTON

No. 452P01

Case below: 145 N.C. App. 204

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

## STATE v. BAKER

No. 562A01

Case below: 146 N.C. App. 110

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 November 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

## STATE v. CHAPMAN

No. 379P01

Case below: 143 N.C. App. 569

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 November 2001.